# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TONIA MILLER, ) | |
|  ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v. ) | Case No. 24-cv-279 |
|  ) | |
| DETECTIVE TIM HURTT, ) | Judge |
| ROBERT PECK, RUSSELL BELL, ) | |
| ROBERT BECK, BRIAN HUNTER, ) | Magistrate |
| and the CITY OF BATTLE CREEK, ) | |
| a municipal corporation, and the ) | |
| COUNTY OF KALAMAZOO, ) | |
| MICHIGAN, a municipal corporation, ) | |
| all jointly and severally, ) | |
|  ) | **JURY DEMAND** |
| Defendants. ) | |

## MOTION TO APPEAR

**NOW COMES** the Plaintiff, TONIA MILLER, by and through her attorneys, Erickson & Oppenheimer, and requests that this Honorable Court enter the appearance of Michael Oppenheimer in the above captioned matter.

    Michael Oppenheimer
    Erickson & Oppenheimer
    223 W. Jackson Blvd. Suite 612
    Chicago, IL 60606
    michael@eolawus.com
    (312) 327-3370

I will be acting as lead counsel in this case and am a member of the bar of the Western District of Michigan. If this case reaches trial, I will be acting as the trial attorney.

        Respectfully submitted,

        <u>/s/ Michael Oppenheimer</u>

Erickson & Oppenheimer, Ltd.
223 W. Jackson, Suite 612
Chicago, IL 60606
312-327-3370