UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONIA MILLER,

        Plaintiff,                              Case No. 1:24–cv–00279–JMB–SJB

v.                                        Hon. Jane M. Beckering

TIM HURTT, et al.,

        Defendants.
_____/

## ORDER

Pending before the Court is a Motion to Appear (ECF No. 2). No motion is required for Plaintiff's counsel to file an appearance. See generally W.D. Mich. LGenR 2.5. Therefore, IT IS HEREBY ORDERED that the Motion to Appear is DISMISSED as moot.

IT IS SO ORDERED.

Dated:  March 22, 2024                                      /s/ Jane M. Beckering
                                                                    JANE M. BECKERING
                                                                    United States District Judge