UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONIA MILLER,

        Plaintiff,

v.

DETECTIVE TIM HURTT, ROBERT PECK,
RUSSELL BELL, BRIAN HUNTER and the
CITY OF BATTLE CREEK, a municipal
Corporation, and the COUNTY OF
KALAMAZOO MICHIGAN, a municipal
Corporation, all jointly and severally,

        Defendants.

File No. 1:24-cv-00279-JMB-SJB

HON. JANE M. BECKERING

MAG. SALLY J. BERENS

**Jon Neuleib**
Erickson & Oppenheimer LTD
Attorney for Plaintiff
223 W. Jackson Blvd., Ste. 612
Chicago, IL 60606
(312)327-3370
jonn@eolawus.com

**William Kim (P76411)**
**C. Marcel Stoetzel III (P61912)**
**Ian D. Wright (P61839)**
Attorneys for Defendants
City of Battle Creek and Tim Hurtt
10 N. Division St., Ste. 207
Battle Creek, MI 49014
(269)966-3385
cmstoetzel@battlecreekmi.gov
idwright@battlecreekmi.gov
wykim@battlecreekmi.gov

 **Allen C. Vander Laan (P33893)**
**Kristen L. Rewa (P73043)**
Cummings, McClorey, Davis & Acho
Attorneys for Defendant County of Kalamazoo
2851 Charlevoix Dr. SE. Ste. 203
Grand Rapids, MI 49546
(616)975-7470
avanderlaan@cmda-law.com
krewa@cmda-law.com

**Robert M. Wyngaarden (P35604)**
**Michael L. Van Erp (P44218)**
Wyngaarden Law, P.C.
Attorneys for Defendant Brian Hunter
3445 Woods Edge Drive
Okemos, Michigan 48864
(517)349-3200
rmw@wynlawpc.com
mlv@wynlawpc.com

**Terracina B. Echols (P81598)**
**Melissa L. Bianchi (P87474)**
Michigan Dep't of Attorney
General Health, Education &
Family Services Division
Attorneys for Defendants
Robert Peck and Russell Bell
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
(313)456-0280
Echolst1@michigan.gov
Bianchim3@michigan.gov

WYNGAARDEN LAW, P.C.
ATTORNEYS AT LAW
3445 WOODS EDGE DRIVE
OKEMOS, MICHIGAN 48864
(517) 349-3200

**RULE 12(B)(6) MOTION FOR JUDGMENT ON THE PLEADINGS
BY DEFENDANT BRIAN HUNTER**

- 1 -

Defendant Brian Hunter, through his attorneys, Wyngaarden Law, PC, moves for complete dismissal under F. R. Civ. P. 12(b)(6).

## Introduction.

In October 2001, Plaintiff's infant daughter passed away. A subsequent investigation raised suspicions of child abuse, and Plaintiff was convicted of homicide and sentenced to prison. Some 20 years later, Plaintiff's conviction was overturned based upon changes in medical science. Plaintiff subsequently filed the present action, alleging that her conviction was the result misconduct by various persons including Defendant Hunter, who performed the autopsy on the child and concluded that the evidence pointed to homicide. Dr. Hunter submits that, as pled, the complaint fails to state a claim upon which relief can be granted as to him. The arguments are generally outlined below and discussed in detail in an accompanying Brief in Support:

Plaintiff's Claims are Barred by the Applicable Statute of Limitations5

Plaintiff's Claims Sound in Negligence

> Plaintiff's Complaint Includes Both Factual and Conclusory Allegations

> The Factual Allegations in Plaintiff's Complaint Support, at Best, a Claim of Negligence

Allegations of Negligence Fail to State a Viable 1983 Claim of Violation of Constitutional Rights as Qualified Immunity Applies

> The Case Law on Qualified Immunity Generally

> The Case Law Specific to Fabrication of Evidence

The Doctrine of Judicial Estoppel Bars Plaintiff from Alleging Any Theory Other Than Negligence

> Judicial Estoppel Bars a Party from Asserting a Position which Contradicts a Position Successfully Taken in a Prior Proceeding

WYNGAARDEN LAW, P.C.
ATTORNEYS AT LAW
3445 WOODS EDGE DRIVE
OKEMOS, MICHIGAN 48864
(517) 349-3200

Plaintiff Successfully Asserted in a Prior Proceeding that Newly Discovered Evidence Established that Dr. Hunter Acted Negligently in Following the Then Prevailing Medical Understanding of Abusive Head Trauma

Testimony Given During a Court Proceeding is Subject to Absolute Immunity

Count I, Due Process, Fails to State a Viable Claim

Count II, Malicious Prosecution, Fails to State a Viable Claim

Count III, Conspiracy to Deprive Constitutional Rights, Fails to State a Viable Claim

Count IV, Failure to Intervene, Fails to State a Viable Claim

WHEREFORE, Defendant Brian Hunter respectfully requests that this Court dismiss the action as to said Defendant for failure to state a claim on which relief can be granted pursuant to F. R. Civ. P. 12(b)(6).

Respectfully Submitted,
**WYNGAARDEN LAW, P.C.**

By    /s/ Michael L. Van Erp
     Robert M. Wyngaarden (P35604)
     Michael L. Van Erp (P44218)
     Wyngaarden Law, P.C.
     Attorney for Defendant
     Brian Hunter
     3445 Woods Edge Drive
     Okemos, Michigan 48864
Date:   September 10, 2024     (517)349-3200

WYNGAARDEN LAW, P.C.
ATTORNEYS AT LAW
3445 WOODS EDGE DRIVE
OKEMOS, MICHIGAN 48864
(517) 349-3200